No. 09-10861. Sergio Moraida-Rodriguez, Petitioner v. United States.

561 U.S. 1017, 130 S. Ct. 3485, 177 L. Ed. 2d 1075, 2010 U.S. LEXIS 5208.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 367 Fed. Appx. 502.